## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 101 MM 2020

                Respondent     :

                v.     :

STEVEN HALADA,     :

                Petitioner     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 14th day of August, 2020, the Motion for Appointment of Counsel is DENIED.